# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

DANIEL P. VERMEYCHUK

: No. 2692 Disciplinary Docket No. 3
:
: Board File No. C2-19-1200
:
: (United States District Court for the
: Eastern District of Pennsylvania, Criminal
: No. 19-135)
:
: Attorney Registration No. 61537
:
: (Delaware County)

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2020, having received no response to a rule to show cause why Daniel P. Vermeychuk should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.